

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00292-CV

| | | |
|---|---|---|
| IN THE INTEREST OF L.P. AND R.P., CHILDREN | § | On Appeal from the 462nd District Court |
| | § | of Denton County (15-04712-431) |
| | § | January 14, 2021 |
| | § | Memorandum Opinion by Chief Justice Sudderth |
| | § | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Mother shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
 Chief Justice Bonnie Sudderth